# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PHANI PALADUGU,

    Plaintiff,

v.                                             Case No:   6:23-cv-467-RBD-LHP

SYSTEMONEX, INC.,

    Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO COMPEL PLAINTIFF'S RESPONSES TO COURT'S INTERROGATORIES (Doc. No. 29)
>
> **FILED:** July 27, 2023
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion does not include a certificate of service indicating whether this motion was served on Plaintiff, who appears *pro se*. *See* Fed. R. Civ. P. 5. Moreover, absent Plaintiff's written consent, email service will not suffice. *See* Fed. R. Civ. P. 5(b)(2).

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on July 28, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties