UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PHANI PALADUGU,

    Plaintiff,

v.                                                         Case No. 6:23-cv-467-RBD-LHP

SYSTEMONEX, INC.,

    Defendant.
_____

## ORDER

In this Fair Labor Standards Act case, Plaintiff failed to respond to the Court's interrogatories, Defendant's motion to compel, and U.S. Magistrate Judge Leslie Hoffman Price's Order to Show Cause on those issues. (*See* Docs. 18, 31, 35.) So Judge Hoffman Price entered a Report and Recommendation stating that the Court should dismiss the case without prejudice for failure to comply with the Court's Orders and failure to prosecute. (Doc. 38 ("R&R").) The parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 38) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 16, 2023.

ROY B. DALTON, JR.
United States District Judge